EXHIBIT C

Highly Confidential- Attorneys Eyes Only



SQPT053036