JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE P. MARSHALL, MD INC., <br><br> Plaintiff, <br><br> v. <br><br> SQULPT MANAGEMENT, LLC et al., <br><br> Defendants. | Case No. 2:24-cv-01784-SB-AS <br><br> ORDER OF DISMISSAL |

    The parties filed a joint status report on July 22, 2025 stating that they have reached an agreement in principle on the claims in this action. Dkt. No. 163. This action is therefore dismissed in its entirety without prejudice, and the July 25 post-settlement status conference is vacated. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on August 1, 2025.

    The parties represent that they will finalize their settlement and submit their respective dismissals by July 31, 2025. If the parties finalize the settlement by July 31, they need not file dismissals because this order will constitute dismissal of the entire action with prejudice on August 1. However, if the parties fail to fully settle by July 31, they shall file *all* their pretrial papers (both the first and second set) by August 8, 2025, which will serve to reopen the case. If the case is reopened, the pretrial conference and trial dates will remain set for August 22 and September 2.

    If the parties object to this order, they shall file an objection by 5:00 p.m. on July 24 and appear in Courtroom 6C on July 25 at 8:30 a.m.

Date: July 23, 2025

                                                           Stanley Blumenfeld, Jr.
                                                           United States District Judge